**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-1460

HEATHER C. HOFFMAN,

Plaintiff - Appellant,

v.

CHARTER COMMUNICATIONS, INCORPORATED,

Defendant - Appellee,

and

SPECTRUM MANAGEMENT HOLDING COMPANY LLC, f/k/a Time Warner
Cable Inc.,

Defendant.

Appeal from the United States District Court for the District of South Carolina, at Beaufort.
Richard Mark Gergel, District Judge.  (9:18-cv-01145-RMG-MGB)

Submitted:  September 24, 2019                    Decided:  September 26, 2019

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Heather C. Hoffman, Appellant Pro Se. Kevin Kendrick Bell, ROBINSON, GRAY, STEPP & LAFFITTE, LLC, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Heather C. Hoffman appeals the district court's order dismissing her civil complaint alleging illegal rate increases for cable television and internet service. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hoffman v. Charter Commc'ns, Inc.*, No. 9:18-cv-01145-RMG-MGB (D.S.C. Apr. 2, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*